# EXHIBIT 7

Maishon Terrell Cooper
12/07/2021

1             UNITED STATES DISTRICT COURT
2          FOR THE EASTERN DISTRICT OF MICHIGAN
3                   SOUTHERN DIVISION
4
5   EUGENE HABICH,
6                    Plaintiff,
7                                   Case No. 20-cv-12528
8        -vs-                       Hon. David M. Lawson
9   COUNTY OF WAYNE, JOHN DOE #1,   Mag. Anthony P. Patti
10  JOHN DOE #2,
11                   Defendants.
12  _____/
13  PAGE 1 to 31
14
15      The Deposition of MAISHON TERRELL COOPER,
16      Taken at 500 Griswold, 30th Floor,
17      Detroit, Michigan,
18      Commencing at 5:30 p.m.
19      Tuesday, December 7, 2021
20      Before Cynthia Ann Chyla, RPR, CSR, 0092.
21
22
23
24
25



**Maishon Terrell Cooper**
12/07/2021                                   Pages 22..25

Page 22

```
 1     Packet of Photographs
 2         WAS MARKED FOR IDENTIFICATION.
 3  BY MR. STELLA:
 4  Q.  So take a second, just take a look-see through that.
 5  A.  Yeah, I knew the color.
 6         That looks expensive.
 7         Geez.  That looks like a police car.
 8         Yeah.
 9  Q.  So I'm just going to ask you a couple -- look at the
10     page numbers at the bottom.  I'm going to ask you some
11     questions.
12  A.  No problem.
13  Q.  I know there is no VIN or anything on this car but does
14     this look like the 2008 Dodge Charger you may have sold
15     in 2017?
16  A.  It does.  I thought it had a black stripe somewhere else
17     on it, but no.  I was thinking a black stripe somewhere
18     in my mind, like a 2-tone black and white police car.
19  Q.  Does this look like a 2008 Dodge Charger to you?
20  A.  Yes, correct.
21  Q.  On page 3, which is the next page at the bottom -- the
22     page you were just looking at.
23  A.  Oh.
24  Q.  I don't know if I got -- so on this photo do you see a
25     black push bar?
```

Page 23

```
 1  A.  Yes.
 2  Q.  Okay.  And are black push bars normally removed at
 3     auction or no?
 4  A.  No, they usually leaves those on there.
 5  Q.  Do you remember when you sold this car whether this push
 6     bar was there?
 7  A.  It looks like it was there.
 8  Q.  Either way if you remember.
 9  A.  I think it was there.
10  Q.  Okay.  And, so, if you look on the push bar on the
11     middle level you'll see -- what do you think those are?
12  A.  Those are lights.
13  Q.  Okay.  Would you have sold this car with those lights in
14     that position?
15         MS. DOWNEY:  Objection to form.
16         You can answer subject to that objection.
17  A.  No, no, lights wouldn't have been on there.
18  BY MR. STELLA:
19  Q.  Okay.  And if you look up on the windshield, what do you
20     see on the top of the windshield in this picture?
21  A.  Those look like police lights.
22  Q.  Okay.  Would you have sold this car with those lights on
23     them?
24         MS. DOWNEY:  Objection to form.
25         You can answer subject to the objection.
```

Page 24

```
 1  A.  No.
 2  BY MR. STELLA:
 3  Q.  Okay.  Let's look at -- so look at page Number 7.
 4         Okay.  So you see this gray box here?
 5  A.  Yes.
 6  Q.  Do you know what that is?
 7  A.  No.
 8  Q.  Okay.  Do you think -- would you have sold a car with
 9     this thing in the car?
10  A.  No.
11         MS. DOWNEY:  Objection to form.
12  A.  No.  Yeah, that was -- no.
13  BY MR. STELLA:
14  Q.  Okay.  So look at page Number 8, and what do you see in
15     page Number 8?
16  A.  Those look like lights, LED lights.
17  Q.  Okay.  Would you have sold this 2008 Dodge Charger with
18     these lights installed?
19         MS. DOWNEY:  Same objection to form.
20  A.  No.
21  BY MR. STELLA:
22  Q.  Take a look at Number 9.  I believe Number 9 is another
23     view of the front, but you can confirm if I'm seeing
24     this correctly?  Is that true?  Just look:  Does this
25     look like the front to you?
```

Page 25

```
 1  A.  Yes, it does.
 2  Q.  What is underneath -- what is at the top of the
 3     windshield?
 4  A.  LED lights.
 5  Q.  And would you have sold a Dodge Charger with those
 6     lights installed?
 7         MS. DOWNEY:  Same objection.
 8  A.  No.
 9  BY MR. STELLA:
10  Q.  Page Number 10, do you see -- do you see -- what do you
11     see in page 10?
12  A.  Computers.
13  Q.  Would you have sold this 2008 Dodge Charger with a
14     laptop?
15         MS. DOWNEY:  Same objection.
16  A.  No.
17  BY MR. STELLA:
18  Q.  Okay.  Page Number 12, the last page.
19  A.  Yes.
20  Q.  Do you see a license plate in this photograph?
21  A.  Correct.
22  Q.  Okay.  Is there anything about the license plate in this
23     photograph?
24  A.  Looked like another set of LED lights.
25  Q.  Would you have sold the Dodge Charger with these LED
```



Page 26

1   lights installed?
2        MS. DOWNEY:  Same objection to form.
3   A.  No.
4   BY MR. STELLA:
5   Q.  Okay.  If -- I know you don't remember this person but
6       if Mr. Eugene Habich states that he bought this car from
7       you with these lights, all the lights we talked about
8       already there, would you agree or disagree with that?
9        MS. DOWNEY:  Objection to form.
10  A.  I have to disagree.  That looks a little different
11      there.
12  BY MR. STELLA:
13  Q.  So on any of the decommissioned police cars has anyone
14      asked you to install police lights before you sold it to
15      them?
16  A.  No.
17  Q.  Just out of curiosity, at your current dealership that
18      you work for do they ever sell decommissioned police
19      cars?
20  A.  No, not recently.
21  Q.  So I was just wondering if Page Toyota ever sold.
22       Did you ever run across decommissioned police
23      cars in your current position?
24  A.  No.
25       MR. STELLA:  All right.  I have no further

Page 27

1   questions for you, Mr. Cooper.  Miss Downey can ask you
2   some questions.
3        MS. DOWNEY:  Hi, Mr. Cooper, I have just a few
4   questions for you here.
5   EXAMINATION BY MS. DOWNEY:
6   Q.  First of all, have you spoken with either Mr. Stella or
7       anybody from Wayne County prior to coming here tonight?
8   A.  No, just the subpoena.
9   Q.  Have you spoken to any representatives of the Wayne
10      County Sheriff's Department --
11  A.  No.
12  Q.  -- prior to coming here tonight?
13  A.  No.
14  Q.  Okay.  Now, do you remember a lady by the name of Erica
15      Cross?
16  A.  Yes.
17  Q.  Who was Erica Cross?
18  A.  She used to work for me as a salesperson/partner,
19      business partner.
20  Q.  If she were to say that this car was sold with police
21      lights on it would you dispute her recollection?
22  A.  I don't know.  I wouldn't dispute it if she saw the
23      vehicle.
24  Q.  Okay.
25  A.  Because, like I said, as far as I know, my name is on

Page 28

1   there but I don't know for sure if I sold it.  I don't
2   know.
3   Q.  Sure.
4   A.  I know the car.
5   Q.  And I recollect that you said you didn't remember
6       selling this particular car, you thought this was a
7       black and white; right?
8   A.  Yes.  I know it was white but I remember black on there,
9       though.
10  Q.  So your memory is not exactly 100 percent on this sale;
11      right?
12  A.  Well, I mean, I just know some black in there somewhere,
13      yeah.
14  Q.  Okay.
15       MS. DOWNEY:  I think that's all the questions
16  I have for you right now, sir.
17       THE WITNESS:  Okay.
18       MR. STELLA:  Mr. Cooper I do have a couple
19  followups, because I never -- I want to know more about
20  Erica Cross.
21  RE-EXAMINATION BY MR. STELLA:
22  Q.  Who is Erica Cross again?
23  A.  She was a salesperson/business partner.
24  Q.  And do you know from this paperwork did she sell this
25      car to Mr. Habich or were you directly involved in this

Page 29

1   sale?
2   A.  I see my signature on there and not hers because she
3       would sign my name a lot because I wasn't in the office.
4       But she usually have her name on there if she did sell
5       it or if I typed it up.  Sometimes she'll sell it, I
6       type it up and do the paperwork.
7   Q.  Okay.  So --
8   A.  But I know because I bought this car because I'm mostly
9       the buyer.  I do all the buying and selling, but ....
10  Q.  All right.  So I don't know what Miss Cross has to say
11      about any of this --
12  A.  Okay.
13  Q.  -- but I have a simple question for you if you look at
14      page 3.
15  A.  Page 3.
16  Q.  So, yeah, the one where it says B3?
17  A.  Okay.
18  Q.  Do you remember:  Did you buy a car at auction, this car
19      at some auction somewhere that had these lights
20      installed when you purchased it?
21  A.  No.
22  Q.  Okay.  Did you -- did you install these lights on this
23      car?
24  A.  No, I didn't.
25  Q.  Did anyone at your dealership to your knowledge install



Page 30

1  these lights on this car?
2  A. No.
3  Q. Did anybody ask anybody at your dealership to install
4  these lights on the car?
5  A. No.
6         MR. STELLA: Okay. I have nothing further.
7         MS. DOWNEY: Nothing further at this time.
8  Thank you.
9         MR. STELLA: Thank you, Mr. Cooper.
10        (The Deposition concluded at 6:03 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 31

1                    CERTIFICATE OF NOTARY
2
3  STATE OF MICHIGAN )
4                    ) SS
5  COUNTY OF OAKLAND )
6
7         I, Cynthia Ann Chyla, Certified Shorthand
8  Reporter, a Notary Public in and for the above county
9  and state, do hereby certify that the above deposition
10 was taken before me at the time and place hereinbefore
11 set forth; that the witness was by me first duly sworn
12 to testify to the truth, and nothing but the truth, that
13 the foregoing questions asked and answers made by the
14 witness were duly recorded by me stenographically and
15 reduced to computer transcription; that this is a true,
16 full and correct transcript of my stenographic notes so
17 taken; and that I am not related to, nor of counsel to
18 either party nor interested in the event of this cause.
19
20        _____
21
22        Cynthia Ann Chyla, CSR-0092
23        Notary Public,
24        Oakland County, Michigan
25 My Commission expires: 05-12-2023