# EXHIBIT 15



**PRIORITY ONE EMERGENCY**

E info@priority1emergency.com
P (734) 398-5900
F (734) 398-5904

**ADDRESS**
5755 Belleville Rd
Canton, MI 48188

www.PRIORITY1EMERGENCY.com

# Quote

**85955**
1/07/2021  9:50AM
Expires: 2/07/2021
Station: 2

| Account: | 14578 | Code: 14578 | By: |
|---|---|---|---|
| | | | Page 1 |

Terms: 30
Justin Braden

Bill To:
**Brian Glatfelter**
**Wayne County Sheriff Road Patrol/SRP**

Ship To:
**Brian Glatfelter**
**Wayne County Sheriff Road Patrol/SRP**

| SKU | Description | Quantity | Price | Total |
|---|---|---|---|---|
| LABOR | Labor | 5.0 | 95.00 | 475.00 |

Equipment Removal
05/08 Dodge Charger
VIN:2B3KA43G38H280348
ODO:223,770 mi.

EQUIPMENT TO BE REMOVED

FRONT

1x Interior Visor Light Driver & Passenger Windshield
2x LED Hide-a-Way Lights One in each Headlight Housing
2x LED Fog Light Replacement Modules
2x Front Facing Push Bumper Lightheads
2x Side Facing Push Bumper Lightheads
1x Siren Speaker

REAR
2x Rear Dual Head Deck Lights
2x LED Hide-a-Way Lights One in each Reverse Light Housing
2x License Plate Bracket Mounted Lightheads
1x License Plate Bracket

CONSOLE
1x Whelen 295 Siren/Light Controller
1x Code 3 Traffic Stick Controller

EQUIPMENT NOT REMOVED

Zastone Dual Band Transceiver Radio
Center Console Components
Computer Stand, Mount, and Dock Station
Spotlight
Push Bumper
Panasonic Camera System Components
Roof and Deck Lid Antennas

NO REPAIRS NOR MODIFICATIONS WILL BE PERFORMED TO REPAIR ANY POTENTIAL DAMAGE TO THE VEHICLE AS A RESULT OF THE INSTALLATION OF ANY EQUIPMENT THAT WAS INSTALLED. VEHICLE WILL BE RETURNED IN THE CONDITION WE RECEIVED IT IN, LESS THE EQUIPMENT WE REMOVED.

All equipment to be removed will be returned directly to the Wayne County Sheriff's Department.



**PRIORITY ONE**
EMERGENCY

E info@priority1emergency.com
P (734) 398-5900
F (734) 398-5904

**ADDRESS**
5755 Belleville Rd
Canton, MI 48188

www.PRIORITY1EMERGENCY.com

**Quote**  85955

1/07/2021  9:50AM
Expires: 2/07/2021
Station: 2

Account: 14578   Code: 14578   By:
Page 2

Terms: 30
Justin Braden

Quote 85955 Continued

Pictures have been taken of equipment, interior and exterior vehicle condition, etc. at time of inspection and estimate for services. Note: Vehicle was delivered to us by Martin's Towing with a dead battery and had to be jumped in order for us to bring into our facility. Should also be noted vehicle is struggling to stay running after it is jumped; multiple warning lights on dash are on and we suspect charging system issues; vehicle shows significant signs of wear on interior and exterior (for example but not limited to: driver's seat trim broken).

| SKU | Description | Quantity | Price | Total |
|---|---|---|---|---|
| PARTS | Wire, Fuses, Connectors, Loom, Hole Plugs, Hardware, Etc | 1.0 | 45.00 | 45.00 |
| C-FP-3 | Havis Shields 3" Filler Plate | 1.0 | 11.99 | 11.99 |
| C-FP-4 | Havis Shields 4" Filler Plate Used To Cover Blank Console Spaces | 1.0 | 11.99 | 11.99 |

SubTotal: 543.98
Exempt: 0.00
TOTAL: 543.98

Attention All Net 30 Accounts: Prices Quoted are contingent on your agreement to pay invoices within 30 days. Please note due to many unforeseen circumstances in the production of emergency vehicles, we regret that we can only estimate, not promise, a completion date.

The Undersigned do hereby release and forever discharge, and agree to defend, indemnify and hold harmless Priority One Emergency from and against any and all loss, damage, expense, liability, claim, injury, settlement, judgment, award, fine, penalty, charge or demand of any nature, either in law or in equity, which arises or may hereafter arise from Priority One Emergency's services set out in this Quote, with the exception of gross negligence or intentional acts by Priority One Emergency.

In addition, the Undersigned do hereby release and forever discharge, and agree to defend, indemnify and hold harmless Priority One Emergency from and against any and all loss, damage, expense, liability, claim, injury, settlement, judgment, award, fine, penalty, charge or demand of any nature, either in law or in equity, which arises or may hereafter arise from any damage to the vehicle unrelated and/or occurring prior to the services being performed by Priority One Emergency. The pictures provided reflecting the equipment, interior and exterior and it's condition at the time that the vehicle was received by Priority One Emergency have been reviewed and are acknowledged by the Undersigned.

In connection with any litigation initiated by the Undersigned against Priority One Emergency that is in contradiction to the release, discharge, indemnify and/or hold harmless set out herein, Priority One Emergency shall be entitled to recover from the Undersigned its attorney fees and other costs incurred defending against such litigation.

All equipment to be removed will be returned directly to the Wayne County Sheriff's Department.

Acknowledgment:

Wayne County Sheriff Department:            Eugene Habich:

By: _____                         *Elizabeth A. Downey*
                                             By: ATTORNEY FOR EUGENE HABICH
                                             SIGNED BY MR. HABICH'S AUTHORITY